**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Emert Reginald FLOWERS,**
**Defendant–Appellant.**

No. 09–30046.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 4, 2009.

Filed Nov. 16, 2009.

Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Stephen R. Sady, Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, FISHER and PAEZ, Circuit Judges.

MEMORANDUM *

Emert Reginald Flowers appeals from the district court's order denying his motion to reduce sentence under 18 U.S.C. § 3582(c). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *United States v. Leniear*, 574 F.3d 668, 672 (9th Cir.2009), and affirm.

The district court did not err by concluding that it lacked jurisdiction under 18 U.S.C. § 3582(c)(2) to modify Flowers' sentence. Flowers would have been subject to the same sentencing range had Amendment 706 been in place at the time he was sentenced. *See* U.S.S.G. § 4B1.1 (2001) (providing that the career offender base offense level applies where it is greater than the applicable base offense level under § 2D1.1). Accordingly, Flowers' "sentence is not 'based on a sentencing range that has subsequently been lowered by the Sentencing Commission,' as required by § 3582(c)(2)." *Leniear*, 574 F.3d at 673 (quoting 18 U.S.C. § 3582(c)(2)).

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.